| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Berrigan, Helen G. | 2. Court or Organization<br><br>Eastern District of Louisiana | 3. Date of Report<br><br>05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>500 Poydras Street, Room C-556<br>United States Courthouse<br>New Orleans, LA 70130 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Board of George & Jean Pugh Foundation: LSU Law School |
| 2. Member | Board , Louisiana State University Law Center |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Berrigan, Helen G.

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | LSU Law School ; Teaching | $1,500.00 |
| 2. 2009 | West Services; Book Royalties | $674.84 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Citigroup-Common Stock | A | Dividend | J | T | | | | | |
| 2.  IBM - Common Stock | C | Dividend | M | T | | | | | |
| 3.  Tri-Continental Corp. Mutual Fund | A | Dividend | K | T | | | | | |
| 4.  Legg-Mason Partners Fund | A | Dividend | J | T | | | | | |
| 5.  T. Rowe Price Growth Stock Mutual Fund | A | Dividend | L | T | | | | | |
| 6.  Dreyfous Growth & Income Mutual Fund | A | Dividend | K | T | | | | | |
| 7.  Dreyfous Research Growth Fund - Class Z | A | Dividend | J | T | | | | | |
| 8.  Dreyfous New Leaders Fund - Class A | A | Dividend | L | T | | | | | |
| 9.  Liberty Financial Services N.O., LA Common Stock | C | Dividend | M | T | | | | | |
| 10. Rental Property #1 New Orleans, LA Appraised 8/21/85 | D | Rent | N | Q | | | | | |
| 11. Exxon Corp. Common Stock | C | Dividend | M | T | | | | | |
| 12. General Electric Common Stock | A | Dividend | K | T | | | | | |
| 13. ONEOK Common Stock | B | Dividend | L | T | | | | | |
| 14. Westar Energy, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 15. Fidelity Advison - High Yield Portfolio Class T | B | Dividend | K | T | | | | | |
| 16. Van Kampen - Senio Loan Fund FDCL 1B | A | Dividend | K | T | | | | | |
| 17. Command Money Fund (Wachovia Securites) | A | Interest | K | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment             T =Cash Market
   (See Column C2)          U =Book Value           V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Bank Baroda C.D. (due 3/26/09) | | None | | | Redeemed | 03/26/09 | L | A | |
| 19.   Centinela Valley CA UN | A | Interest | K | T | Buy | 04/03/09 | K | | |
| 20.   Harris County, TX Cultured | A | Interest | L | T | Buy | 04/03/09 | K | | |
| 21.   International Paper Co. -- Common Stock | A | Dividend | J | T | | | | | |
| 22.   ING Golden Select Guarantee Annuity | C | Interest | L | T | | | | | |
| 23.   Bank of America Corp. -- Common Stock | A | Dividend | J | T | | | | | |
| 24.   Johnson & Johnson -- Common Stock | A | Dividend | K | T | | | | | |
| 25.   AT & T Common Stock | A | Dividend | J | T | | | | | |
| 26.   Coca Cola Common Stock | A | Dividend | J | T | | | | | |
| 27.   Dupont E.I. De Nemours -- Common Stock | A | Dividend | J | T | | | | | |
| 28.   Fifth Third Bankcorp -- Common Stock | A | Dividend | J | T | | | | | |
| 29.   Washington Mutual Inc. -- Common Stock | A | Dividend | J | T | | | | | |
| 30.   Capital Income Builder -- Class A | A | Dividend | K | T | | | | | |
| 31.   ▓▓▓ Berrigan,▓ Inc. PLC PS Plan | E | Int./Div. | N | T | | | | | |
| 32.   - AT&T, Inc. Common Stock | | | | | | | | | |
| 33.   - BP PLC ADR | | | | | | | | | |
| 34.   - Chevron Corp. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Cleco Corp. | | | | | | | | | |
| 36. - Consolidated Edison, Inc | | | | | | | | | |
| 37. - Dominion Resources, Inc. VA New | | | | | | | | | |
| 38. - Fairpoint Communications | | | | | | | | | |
| 39. - Frontier Communications | | | | | | | | | |
| 40. - Kinder Morgan Energy Partners | | | | | | | | | |
| 41. - Penn Real Estate Investment Trust SBI | | | | | | | | | |
| 42. - Simeon Property Group Reit Inc., New SPG | | | | | | | | | |
| 43. -Tanger Factory Outlet | | | | | | | | | |
| 44. - Teppco Partners, Ltd. Partnership | | | | | | | | | Liqidated & became Line 46 |
| 45. - Enterprise Products Partners EPD | A | Dividend | J | T | Merged (with line 44) | 10/26/09 | J | A | |
| 46. - The Southern Company | | | | | | | | | |
| 47. - Verizon Communications | | | | | | | | | |
| 48. - Fidelity Advisor Series II High Yield | | | | | | | | | |
| 49. - Dryden High Yield LD, Inc. Class A | | | | | | | | | |
| 50. - Pioneer High Yield LD Class A | | | | | | | | | |
| 51. - Van Kampen Senior Loan Fund FD Class IB | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Alliance Bernstein, Inc. FND | | | | | | | | | |
| 53.   - American Strategic Income Portfolio, Inc. | | | | | | | | | |
| 54.   - DWS Free Real Estate FD 11 SRO | | | | | | | | | |
| 55.   - ING Primerate TR DPR | | | | | | | | | |
| 56.   - MFS Charter Income Trust | | | | | | | | | |
| 57.   - Pimco High Income FD | | | | | | | | | |
| 58.   - AES TR III 6.75% PFD Conv. due 10/15/2029 | | | | | | | | | |
| 59.   - Entergy Louisiana LLC 7.6% 1st Mortgage Bonds | | | | | | | | | |
| 60.   - Geogia Power Senior Note 7/15/2047 | | | | | | | | | |
| 61.   - Metlife 5.875% Senior Notes due 11/21/2033 | | | | | | | | | |
| 62.   - Sherwin Williams 7.25% (7.25) Corts Tr II due 2/1/2097 | | | | | | | | | |
| 63.   - Smon PPTY Group, Inc., PFD 6.00% | | | | | | | | | |
| 64. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Section VII    1.    #s 6 , 7 & 8 are parts of Helen Roberts Berrigan's USE Profit Sharing Retirement Plan FBO Helen Roberts Berrigan

Section VII    2.    #s 32 - 63, List of Stocks and Bonds in the [ ] Inc. PLC PS Plan.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544